UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOYCE CARRICO, on behalf of herself and all : 
others similarly situated, :
: 
: Case No.: 1:22-cv-08675
                         Plaintiff, :
:
vs. :
:
: **NOTICE OF VOLUNTARY DISMISSAL**
:
SEISEIDOU AMERICA, INC., :
:
                       Defendant. :
:
:
---------------------------------------------------------------- x

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Joyce Carrico hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Seiseidou America, Inc..

DATED:  May 5, 2023                    **NEMATZADEH PLLC**

                                                           /s/ Justin S. Nematzadeh

                                                  Justin S. Nematzadeh
                                                  101 Avenue of the Americas, Suite 909
                                                  New York, NY 10013
                                                  Tel.: 646-799-6729
                                                  Email: jsn@nematlawyers.com

                                                  *Attorney for Plaintiff*